UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No.  05-C-0017

ONE 1999 CHEVROLET TAHOE,
VEHICLE IDENTIFICATION NUMBER
(VIN) 1GNEK13R1XJ497538,
WITH ALL APPURTENANCES AND
ATTACHMENTS THEREON.

Defendant.

## ORDER OF DISMISSAL

The United States has filed a motion requesting that the Verified Complaint for Civil
Forfeiture <u>In</u> <u>Rem</u>, filed in the above-captioned matter on January 7, 2005, be dismissed without
prejudice pursuant to the terms of the Stipulation and Settlement Agreement filed with the Court
on May 25, 2005.

The government's motion is GRANTED.  It is hereby ORDERED that the Verified
Complaint for Civil Forfeiture <u>In</u> <u>Rem</u> in the above-captioned matter be DISMISSED
WITHOUT PREJUDICE.

Dated at Milwaukee, Wisconsin, this <u>26th</u> day of <u>May</u> , 2005.

/s/ William E. Callahan, Jr.
HONORABLE WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

Judgment entered this 26th day of May, 2005.

        SOFRON B. NEDILSKY
        Clerk of Court

By:
        s/ Rita Zvers
        Deputy Clerk